**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  November 20, 2015 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 14-cv-03387-JLK | Court Reporter: Mary George |

| | |
|---|---|
| BILLY LEE DASSEL | Edward T. Farry, Jr. |
| Plaintiff, | |
| v. | |
| ESTATE OF MARY BRIDGET DASSEL, et al., | Lindsay L. Clayton<br>Michael Kirtland |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**10:01 a.m.   Court in session.**

Court calls case.  Appearances of Counsel.

Discussion regarding Doc. Nos . 25 and 31.

Preliminary remarks by the Court.

The Court advises counsel that they can supplement the court filing, as specified.

10:04 a.m.   Statement by Mr. Farry.

The Court takes judicial notice and makes its finding that Doc. Nos. 19, 20, 21, and 28 represent proper and personal service of all Defendants.

10:10 a.m.   Statement by Ms. Clayton.

Comments and rulings by the Court.

**ORDERED:   Plaintiff Billy Dassel's Motion For Default Judgment Against Defendants Credit Service, State of Colorado, Department of Labor and Employment, Access Flowers and Colorado Wholesale (Filed 8/7/15, Doc. No. 25) is taken UNDER ADVISEMENT.**

*14-cv-03387-JLK*
*Motions Hearing*
*November 20, 2015*

**ORDERED:** **Plaintiff Billy Dassel's Second Unopposed Motion For Default Judgment Against Defendants Credit Service, State of Colorado, Department of Labor and Employment, Access Flowers and Colorado Wholesale (Filed 10/15/15, Doc. No. 31) is taken UNDER ADVISEMENT.**

**10:12 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 00:11