IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Case No. 1:14-cv-03387-JLK-KLM

BILLY LEE DASSEL,

    Plaintiff,

v.

ESTATE OF MARY BRIDGET DASSEL BY
AND THROUGH ITS APPOINTED
PERSONAL
REPRESENTATIVE,
CREDIT SERVICE COMPANY INC.,
STATE OF COLORADO,
COLORADO DEPARTMENT OF LABOR
AND EMPLOYMENT,
ACCESS FLOWER TRADING INC.,
COLORADO SPRINGS WHOLESALE
FLORIST, and
INTERNAL REVENUE SERVICE,

    Defendants.

## ORDER GRANTING
## JOINT MOTION TO DISMISS ACCESS FLOWER TRADING, INC.

Having read and considered the parties' Joint Motion to Dismiss Access Flower Trading, Inc. (Doc. 36), for good cause shown, and pursuant to F.R.C.P. 41(a)(1)(A), the Court hereby **GRANTS** the motion and **ORDERS** that Access Flower Trading, Inc. is dismissed from this case with prejudice.

Dated: December 21, 2015          *s/John L. Kane*
                                              SENIOR U.S. DISTRICT JUDGE