**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03387-JLK-KLM

BILLY LEE DASSEL,

    Plaintiff,

v.

ESTATE OF MARY BRIDGET DASSEL BY
AND THROUGH ITS APPOINTED PERSONAL
REPRESENTATIVE,
CREDIT SERVICE COMPANY INC.,
STATE OF COLORADO,
COLORADO DEPARTMENT OF LABOR and
EMPLOYMENT,
ACCESS FLOWER TRADING INC.,
COLORADO SPRINGS WHOLESALE FLORIST,
and
INTERNAL REVENUE SERVICE,

    Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order [Docket No. 48] entered by Judge John L. Kane, it is

ORDERED that Plaintiff Billy Dassel's Motion For Default Judgment Against Defendants Credit Service, State of Colorado, Department of Labor and Employment, Access Flowers and Colorado Wholesale [Docket No. 25] is DENIED as MOOT. It is

FURTHER ORDERED that Plaintiff Billy Dassel's Second Unopposed Motion For Default Judgment Against Defendants Credit Service, State of Colorado, Department of

Labor and Employment, Access Flowers and Colorado Wholesale [Docket No. 31] is GRANTED.

Dated at Denver, Colorado this 25th day of February, 2016.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/  *Bernique Abiakam*
                              Bernique Abiakam
                              Deputy Clerk