**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:14-cv-03387-JLK

BILLY LEE DASSEL,

Plaintiff,

v.

ESTATE OF MARY BRIDGET DASSEL BY AND THROUGH ITS APPOINTED PERSONAL REPRESENTATIVE,
CREDIT SERVICE COMPANY INC.,
STATE OF COLORADO,
COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,
COLORADO SPRINGS WHOLESALE FLORIST, and
INTERNAL REVENUE SERVICE,

Defendants.

---

**ORDER ON MOTION TO DISMISS**

---

THE COURT having reviewed the Unopposed Motion to Dismiss (Doc. 57) pursuant to Fed.R.Civ.P. 41(a)(2) and being fully advised in the premises, DOES HEREBY ORDER that that the motion is GRANTED and this action is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorney fees and costs.

BY THE COURT:

Dated: April 11, 2016

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE